United States District Court
Southern District of Texas
**ENTERED**
July 10, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDGAR HERNANDEZ, On Behalf of Himself and On Behalf of Others Similarly Situated, § § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. H-17-0730 |
| LA RANCHERA, INC., § § § | |
| Defendant. § | |

### FINAL JUDGMENT

In accordance with the court's Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 10th day of July, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE